THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX SIROTA, Appellant.— No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

FRANCES R. RUPY, Respondent, v. GEORGE SCHNEIDER & Co., Appellant.— Nolan, P. J., Wenzel and Ughetta, JJ., concur; Schmidt and Beldock, JJ., dissent and vote to affirm, upon the ground that questions of fact were presented for determination by the jury.

ALFRED J. SCHRECKINGER, Appellant, v. SIDNEY A. BERNSTEIN, Respondent. No opinion. Appeal from verdict dismissed. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.